**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**H/S GAINLO, LP,**
a Georgia limited partnership,

    Plaintiff,

vs.                                               1:05-CV-017-SPM

**ALLISON COLLATERAL TRUST,**
a Delaware business trust,

    Defendant.
_____/

**ORDER DISMISSING CASE**

    **THE COURT** has been informed by counsel that the parties to this case have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

    **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

    **DONE AND ORDERED** this <u>nineteenth</u> day of April, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge

/pao